NOV 1 3 2007

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Criminal Case No. 07CR3093-DMS |
| Plaintiff,  ) | **I N F O R M A T I O N** |
| v.  ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| JESUS CARBAJAL-YBARRA,  ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| Defendant.  ) | |

The United States Attorney charges:

<u>Count 1</u>

On or about _October 1999_, within the Southern District of California, defendant JESUS CARBAJAL-YBARRA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

JJO:jam:San Diego
11/02/2007

<u>Count 2</u>

On or about October 26, 2007, within the Southern District of California, defendant JESUS CARBAJAL-YBARRA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 11/13/07 .

KAREN P. HEWITT
United States Attorney

JOSEPH J.M. ORABONA
Assistant U.S. Attorney